IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:
VINCENT E. SMITH,
Debtor(s).

CASE NO. 20-12387
CHAPTER 13

## NOTICE OF TEMPORARY FORBEARANCE EXTENSION

| | |
|---|---|
| Bankruptcy Court Claim #: | 2-1 |
| Effective Date of Forbearance: | 05/01/2020 |
| Number of monthly payments in Forbearance: | 9 |

U.S. BANK NATIONAL ASSOCIATION ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to and including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

To the extent that this Forbearance is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for U.S. Bank National Association

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 30, 2020 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Vincent E. Smith
8618 Lucerne Rd
Randallstown, MD 21133

**Debtors' Attorney**
Sheereen Middleton
Middleton Legal
P.O. Box 10490
Silver Spring, MD  20914

**Chapter 13 Trustee**
Robert S. Thomas, II
300 E. Joppa Road, Suite 409
Towson, Maryland 21286

**US Trustee**
Office of the U.S. Trustee
101 W. Lombard Ste 2625
Baltimore, Maryland  21201

Respectfully Submitted,

/s/ Mukta Suri
Mukta Suri